# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARTIN WIMBERLY** | * | **CIVIL ACTION:** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **HARVEY GULF** | * | **SECTION:** |
| **INTERNATIONAL MARINE, LLC** | * | |
| * * * * * * * * * * * * * * * * * * * | * | **MAGISTRATE:** |

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Martin Wimberly, a person of the full age of majority and a resident of the State of Florida, who, for a cause of action, respectfully represents that:

### I.

Made defendant herein is Harvey Gulf International Marine, LLC., a Louisiana Limited Liability Company, who at all times material herein, was authorized to do and doing business in the State of Louisiana and this judicial district and was the owner/operator of the M/V HARVEY SAINT.

### II.

Jurisdiction is based on 28 U.S.C. §§1331 and 1333, through the Jones Act, 46 U.S.C. 30104 and the General Maritime Law of the United States of America.

### III.

On or about January 2, 2014, Martin Wimberly was an employee of Harvey Gulf International Marine, LLC, and working aboard the M/V HARVEY SAINT which vessel, at that time, was located in the navigable waters of the United States, when he suffered severe and excruciating injuries to his back, neck and other parts of his body, which were proximately

caused by the negligence of defendant, Harvey Gulf International Marine, LLC, its employees, agents, or servants and/or the unseaworthiness of the M/V HARVEY SAINT.

**IV.**

As a result of the above described accident, plaintiff, Martin Wimberly, has suffered a loss of income, medical expenses, severely painful and disabling injuries, and will sustain future loss wages, medical expenses all to his damage, in an amount to be determined in this proceeding, and all which is due to the negligence of defendant.

**V.**

Plaintiff, Martin Wimberly, seeks all maintenance and cure, to which he may be entitled from defendant, Harvey Gulf International Marine, LLC., and further seeks compensatory damages, attorney fees, or any other appropriate damages, including punitive damages for any failure to pay maintenance or to pay cure as required by law.

**VI.**

That pursuant to the general maritime laws of the United States, defendant had the nondelegable duty to provide the plaintiff with a safe place to work, a seaworthy vessel, crew and equipment; and, as a direct and proximate result of the unseaworthiness of the M/V HARVEY SAINT, its master, crew, equipment, appurtenances and gear, plaintiff was injured.

**VII.**

Plaintiff was injured as aforesaid, solely through the carelessness, recklessness and negligence of defendant, its agents, servants, and employees and without fault on his part, in failing and neglecting to properly train him, provide him sufficient help and tools; in failing to provide him with safe and competent supervisors, fellow servants, and co-employees; in failing and neglecting to take customary steps to protect plaintiff; in failing and neglecting to carry out the work in a safe and proper manner; by the failure, neglect and omissions of defendant to keep

and maintain the aforesaid vessel and its appurtenances in a seaworthy condition and reasonable state of repair; in defendant's failure to take any means or precautions for the safety of plaintiff; in failing to provide him a safe place to work; and in other wise being careless, reckless, and negligent.

### VIII.

Plaintiff further avers that the failure of defendant to provide him with a safe place to work, adequate equipment and adequate crew rendered the vessel unseaworthy, and that unseaworthiness was a proximate cause of plaintiff's injury and disabilities.

### IX.

Plaintiff requests trial by jury.

**WHEREFORE**, plaintiff, Martin Wimberly, prays that after due proceedings had, there be judgment rendered herein in his favor and against defendant, in an amount sufficient to compensate him for the damages set forth herein, for all cost of these proceedings, for interest from the date of judicial demand until paid, and for any and all other relief to which he is entitled. Plaintiff further prays for trial by jury.

Respectfully submitted:

/s/ Robert B. Acomb III
FRANK E. LAMOTHE III, T.A. (#07945)
ROBERT B. ACOMB III (#02303)
**LAMOTHE LAW FIRM, LLC**
724 E. Boston Street
Covington, Louisiana 70433
Telephone:  (985) 249-6800
Facsimile:  (985) 249-6006
E-Mail: felamothe@lamothefirm.com
　　　　racomb@lamothefirm.com
*Attorneys for Plaintiff, Martin Wimberly*

**Service of the Complaint to be made
by issuance of Waiver of Service to:
Harvey Gulf International Marine, LLC.**